**Order entered July 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00393-CR

**ANTHONY DAVID MARONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 073585**

### ORDER

We **REINSTATE** this appeal.

We abated because the trial court had not yet sentenced appellant, making appellant's notice of appeal premature. *See* TEX. R. APP. P. 27.1(b). On June 28, 2022, the reporter's record was received. Included in the record is the June 16, 2022 punishment hearing. Because appellant has been sentenced, it appears we have jurisdiction over this appeal.

We **ORDER** the reporter's record filed as of the date of this order.

The clerk's record was filed May 23, 2022. However, that record does not include the final judgment or anything filed after May 17, 2022. We **ORDER** Grayson County District Clerk Kelly Ashmore to file, **WITHIN FIFTEEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record with all relevant documents filed after May 17, 2022 to date, including the trial court's judgment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Larry Phillips, Presiding Judge, 59th Judicial District Court; to Kelly Ashmore, Grayson County District Clerk; to appellant; and to counsel for all parties.

/s/    BILL PEDERSEN, III
JUSTICE